COM.

v.

**COLLINS, M.**

**3815 EDA 2015**

Superior Court of Pennsylvania.

06/27/2017

CP–51–CR–0015549–2010 (Philadelphia)

Affirmed

COM.

v.

**FORD, K.**

**515 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–51–CR0003558–2013 (Philadelphia)

Affirmed

COM.

v.

**LANGLEY, D.**

**124 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–23–CR–0005743–2014 (Delaware)

Affirmed

COM.

v.

**SHELLEY, E.**

**598 EDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–51–CR–0010089–2014 (Philadelphia)

Affirmed